```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
Kelvin VAZQUEZ,
                                    :
            Plaintiff,
                                    :   REPORT & RECOMMENDATION
      -against-
                                    :   09 Civ. 7306 (BSJ)(MHD)
MITCHELL, et al.,
                                    :
            Defendants.
                                    :
-----------------------------------X
TO THE HONORABLE BARBARA S. JONES, U.S.D.J.:
```

The above-captioned case was referred to me for general pre-trial supervision and other purposes. (Order Referring Case to Magistrate Judge, Nov. 2, 2009, Docket Doc. 5). I am in receipt of a letter from the pro se plaintiff dated January 10, 2010 in which plaintiff requests permission to withdraw his complaint because he no longer wishes to litigate the issues raised in it. (See attached letter).

In light of plaintiff's wishes, we recommend that the complaint be deemed withdrawn.

The parties shall have fourteen (14) days from this date to file written objections to this Report and Recommendation. Fed. R. Civ. P. 72(b)(2) (2009); see also Fed. R. Civ. P. 6(a), 6(d); 28 U.S.C. § 636(b)(1). Such objections shall be filed with the Clerk

of the Court and served on all adversaries, with extra copies to be delivered to the chambers of the Honorable Richard J. Sullivan, Room 640, and to the chambers of the undersigned, Room 1670, 500 Pearl Street, New York, New York 10007. Failure to file timely objections may constitute a waiver of those objections both in the District Court and on later appeal to the United States Court of Appeals. Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); Thomas v. Arn, 470 U.S. 140, 150-55 (1985), reh'g denied, 474 U.S. 1111 (1986).

DATED: New York, New York
January 15, 2010

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Report and Recommendation have been sent this date to:

Kelvin Vazquez
P.O. Box 441
Harrison, NJ 07029